**Order entered March 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01374-CR

### GAYLON DAVIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-33585-K**

## ORDER

On January 22, 2015, this Court ordered the trial court to prepare and file, within twenty-one days, a judgment that shows the September 30, 2014 date on which sentence was pronounced in open court in appellant's presence. To date, we have not received the supplemental clerk's record with the judgment showing the date on which sentence was pronounced in appellant's presence.

Accordingly, we **ORDER** the Honorable Dominique Collins, Presiding Judge of the Criminal District Court No. 4, to prepare and file, within **TEN DAYS** of the date of this order, a supplemental record containing the judgment showing the September 30, 2014 date on which sentence was pronounced in open court in appellant's presence.

Appellant's brief is due within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Felicia Pitre, Dallas County District Clerk; Kathleen Walsh, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/     ADA BROWN
             JUSTICE